# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

SANDRA VIRGIL,

                                    Plaintiff,

        v.

CLARK HOUSING AUTHORITY SECTION
8, *et al.*,

                                    Defendant.

Case No. 2:13-cv-01050-APG-NJK

**ORDER DISMISSING COMPLAINT
WITH PREJUDICE**

        On July 10, 2013, Magistrate Judge Nancy J. Koppe entered an Order and Report and Recommendation [Dkt. #2] granting Plaintiff's Application for Leave to Proceed *in Forma Pauperis*.  That Order also recommended dismissal with prejudice of Plaintiff's Complaint. Pursuant to Local Rule IB 3-2, any objection to that Order and Report and Recommendation had to be filed with the Clerk of the Court within fourteen (14) days after service of the Order.

        On July 10, Plaintiff mailed to the court a handwritten list [Dkt. #3] with attachments; the document is incomprehensible.  Further, on August 16, 2013, Plaintiff wrote a letter [Dkt. #4] to the court which is likewise incomprehensible.  Even if the letter and handwritten list are deemed Objections to the Order, they offer no valid reason to reject Judge Koppe's Recommendation.

        Based upon the findings set forth by Judge Koppe and the failure to file any legitimate objection thereto,

        **IT IS HEREBY ORDERED** that Magistrate Judge's Koppe's Order and Report and Recommendation [Dkt. #2] is adopted and approved in its entirety.

1    **IT IS FURTHER ORDERED** that the Clerk of Court be ordered to file the Complaint

2    [Dkt. #1-1].

3    **IT IS FURTHER ORDERED** that the Complaint [Dkt. #1-1] be dismissed with

4    prejudice. The clerk of court is directed to accept no further filings in this matter.

5    Dated: August 23, 2013.

6

7    _____
     ANDREW P. GORDON
8    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2